CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

APR 28 2008

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| FOOD & WATER WATCH | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | Civi  Case: 1:08-cv-00720 |
| vs | ) | Assigned To : Kennedy, Henry H. |
| FOOD AND DRUG ADMINISTRATION | ) | Assign. Date : 4/28/2008 |
| | ) | Description: FOIA/Privacy Act |
| Defendant | ) | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __FOOD & WATER WATCH__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __FOOD & WATER WATCH__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__497557__
BAR IDENTIFICATION NO.

Zachary B. Corrigan
Print Name

1616 P St., NW, Suite 300
Address

Washington, DC      20036
City             State          Zip Code

202-683-2451
Phone Number