CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FOOD AND WATER WATCH
    Plaintiff(s)

Civil Action No. 1:08-cv-00720

vs.

FOOD AND DRUG ADMINISTRATION
    Defendant(s)

### AFFIDAVIT OF MAILING

I, Zachary B. Corrigan, hereby state that:

On the 28th day of April, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Jeffrey A. Taylor, U.S. Attorney for the District of Columbia

I have received the receipt for the certified mail, No. 7008 0150 0003 0395 4715 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 30th day of April, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

May 5, 2008
(Date)

(Signature)

| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br>■ Print your name and address on the reverse so that we can return the card to you. <br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | **COMPLETE THIS SECTION ON DELIVERY** <br>A. Signature <br>X _Ernest L Parker_  ☐ Agent  ☐ Addressee <br>B. Received by ( Printed Name)   C. Date of Delivery <br>04-30-2008 |
|---|---|
| 1. Article Addressed to: <br>Jeffrey Taylor <br>U.S. Atty for District of Columbia <br>Judiciary Center Bldg <br>555 4th St., NW <br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br>3. Service Type <br>☒ Certified Mail  ☐ Express Mail <br>☐ Registered  ☐ Return Receipt for Merchandise <br>☐ Insured Mail  ☐ C.O.D. <br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0150 0003 0395 4715 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Food & Water Watch
c/o Zach Corrigan
1616 P St. NW
Suite 300
Washington DC 20036