CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FOOD & WATER WATCH
  Plaintiff(s)

vs.

Civil Action No. 1:08-CV-00720

FOOD AND DRUG ADMINISTRATION
  Defendant(s)

## AFFIDAVIT OF MAILING

I, Zachary B. Corrigan, hereby state that:

On the 28 day of April, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Food and Drug Administration

I have received the receipt for the certified mail, No. 7008 0150 0003 0395 4722 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 30 day of April, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

May 5 2008
(Date)

(Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Andrew C. von Eschenbach
   Commissioner of Food & Drugs
   U.S. Food and Drug Administration
   Parklawn Building/Mailcode
   5600 Fishers Lane H-E1
   Rockville MD
   20857

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

APR 30 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7008 0150 0003 0395 4722

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

   Food & Water Watch
   c/o Zach Corrigan
   1616 P St. NW
   Suite 300
   Washington DC
   20036