UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FOOD & WATER WATCH )
1616 P Street NW )
Suite 300 )
Washington, DC 20036 )
        **Plaintiff** )
   v. ) Civil Action No. 08-0720 (HHK)
)
FOOD AND DRUG ADMINISTRATION )
5600 Fishers Lane )
Rockville, MD 20857-0001 )
)
        **Defendant.** )

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739 / (202) 514-8780 (Facsimile)

## CERTIFICATE OF SERVICE

     I hereby certify that on this 13th day of May, 2008, I caused the foregoing Notice of Appearance to be served on Counsel for the Plaintiff, Zachary B. Corrigan, by the Electronic Case Filing System (ECF) or, if this means fails, then by U.S. mail, addressed to:

Zachary B. Corrigan, Esquire
Food & Water Watch
1616 P Street, N.W.
Washington, D.C. 20036

                                          /s/
                               OLIVER W. McDANIEL, D.C. BAR # 377360
                               Assistant United States Attorney
                               Civil Division
                               555 Fourth Street, N.W.
                               Washington, D.C. 20530
                               (202) 616-0739