CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FOOD & WATER WATCH**
    Plaintiff(s)

Civil Action No. **1:08-CV-00720**

vs.

**FOOD AND DRUG ADMINISTRATION**
    Defendant(s)

### AFFIDAVIT OF MAILING

I, **Zachary B. Corrigan**, hereby state that:

On the **28th** day of **April**, **2008**, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Attorney General Mukasey

I have received the receipt for the certified mail, No. **7008 0150 0003 0395 4739** (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the **first** day of **May**, **2008**.

I declare under penalty of perjury that the foregoing is true and correct.

_____5/23/08_____
(Date)

_____
(Signature)



### Track/Confirm - Intranet Item Inquiry
### Item Number: 7008 0150 0003 0395 4739

**This item was delivered on 05/01/2008 at 04:44**



Enter Request Type and Item Number:

Quick Search ●        Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.