UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOOD & WATER WATCH,**<br><br>    Plaintiff,<br><br>v.<br><br>**FOOD AND DRUG ADMINISTRATION,**<br><br>    Defendant. | Civil Action   08-00720 (HHK) |

**ORDER**

It is this 10th day of June 2008, hereby

**ORDERED** that the parties shall file a joint status report and case management plan by no later than July 7, 2008, which shall include proposed deadlines for the submission of briefing on dispositive motions. If the parties are unable to agree, each side shall submit its own report and proposed deadlines.

                                                                                  Henry H. Kennedy, Jr.
                                                                                  United States District Judge