UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOOD & WATER WATCH** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | Civil Action No. 08-0720 (HHK) |
| v. ) | |
| ) | |
| **FOOD AND DRUG ADMINISTRATION** ) | |
| ) | |
| **Defendant.** ) | |

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE**
**JOINT STATUS REPORT AND CASE MANAGEMENT PLAN**

The parties, through counsel, hereby respectfully submit this motion for extension of time, pursuant to Federal Rule of Civil Procedure 6(b), requesting that the Court postpone the due date for the parties to file their status report and case management plan from today, July 7, 2008, up to and including August 11, 2008.  By Order dated June 10, 2008, this Court set a date of July 7, 2008, by which the parties were to file a joint status report and case management plan.  The parties jointly request an extension of that date based on the grounds set forth in the following supporting memorandum.

The Defendant is currently in the process of preparing documents for delivery to Plaintiff in connection with the Freedom of Information Act (FOIA) request at issue in this case, which Plaintiff will need to review before dispositive motions can be filed.  The United States Food and Drug Administration (FDA) anticipates that it will deliver the documents no later than August 1, 2008.  The delivery of these documents to Plaintiff may well serve to narrow the issues in this case, will certainly better inform the parties about any areas of disagreement and thus exactly how much time will be necessary for briefing.  The parties agree that the joint status report and case management plan will be ready to be filed no later than August 11, 2008.  Accordingly, the parties

respectfully submit that good cause exists to grant them additional time, until August 11, 2008, to file a joint status report and case management plan. The parties regret that this request is submitted on the due date, which fact is attributable to the time needed for the Food and Drug Administration to decide exactly what approach should be taken with the documents and due to Counsel for the Defendant's demanding litigation schedule.

WHEREFORE, the parties submit that this Joint Motion for an Extension of Time to File Joint Status Report and Case Management Plan should be granted.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| ZACHARY B. CORRIGAN, Esq. | JEFFREY A. TAYLOR, D.C. BAR #489610 |
| D.C. Bar #497557 | United States Attorney |
| Food & Water Watch | |
| 1616 P Street, N.W., Suite 300 | /s/ |
| Washington, D.C. 20036 | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| (202) 683-2451 | Assistant United States Attorney |
| Fax: 202-683-2452 | |
| | /s/ |
| Counsel for Plaintiff | OLIVER W. McDANIEL, D.C. Bar #377-360 |
| | Assistant United States Attorney |
| | Civil Division |
| | 555 4th Street, N.W. |
| July 7, 2008 | Washington, D.C. 20530 |
| | (202) 616-0739 |
| | |
| | Counsel for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FOOD & WATER WATCH** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Civil Action No. 08-0720 (HHK)** |
| v. | ) | |
| | ) | |
| **FOOD AND DRUG ADMINISTRATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon consideration of the Parties' Joint Motion for an Extension of Time to File Joint Status Report and Case Management Plan and it appearing that good cause has been shown, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED, that the Parties shall file the parties to file their status report and case management plan in the case on or before August 11, 2008.

Dated this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Zachary B. Corrigan, Esq.
Food & Water Watch
1616 P Street, N.W., Suite 300
Washington, D.C. 20036