UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOOD & WATER WATCH**      ) | |
| ) | |
|    **Plaintiff**      ) | |
| ) | **Civil Action No. 08-0720 (HHK)** |
| **v.**      ) | |
| ) | |
| **FOOD AND DRUG ADMINISTRATION**      ) | |
| ) | |
|    **Defendant.**      ) | |

### JOINT STATUS REPORT AND CASE MANAGEMENT PLAN

The parties, through counsel, hereby respectfully submit this joint status report and case management plan. The parties anticipate needing to brief the issues and accordingly propose the following briefing schedule for cross-motions for summary judgment.

CROSS-MOTIONS FOR SUMMARY JUDGMENT . . . . . . . . . . . . . . . . . September 25, 2008

OPPOSITION MEMORANDA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 24, 2008

REPLY MEMORANDA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 14, 2008

             Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| ZACHARY B. CORRIGAN, Esq. | JEFFREY A. TAYLOR, D.C. BAR #489610 |
| D.C. Bar #497557 | United States Attorney |
| Food & Water Watch | |
| 1616 P Street, N.W., Suite 300 | _____/s/_____ |
| Washington, D.C. 20036 | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| (202) 683-2451 | Assistant United States Attorney |
| Fax: 202-683-2452 | |
| | _____/s/_____ |
| Counsel for Plaintiff | OLIVER W. McDANIEL, D.C. Bar #377-360 |
| | Assistant United States Attorney |
| August 7, 2008 | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 616-0739 |
| | |
| | Counsel for Defendant |